UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY JAMES MONSEVAIZ,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>J. DOERER,<br><br>　　　　　　Respondent. | Case No. 2:24-cv-09925-FLA (JDE)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Under 28 U.S.C. § 636, the court has reviewed the records on file, including the Petition for Writ of Habeas Corpus by Person in Federal Custody Under 28 U.S.C. § 2241, Dkt. 1 ("Petition"), Respondent's Motion to Dismiss the Petition, Dkt. 9 ("Motion"), and the Report and Recommendation of United States Magistrate Judge, Dkt. 12 ("Report"). No party filed a timely objection to the Report. The court ACCEPTS the findings and recommendation of the Magistrate Judge and GRANTS IN PART the Motion on jurisdictional grounds. Judgment shall be ENTERED denying the Petition and dismissing this action without prejudice.

IT IS SO ORDERED.

Dated: March 12, 2025

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge