JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY JAMES MONSEVAIZ, | Case No. 2:24-cv-09925-FLA (JDE) |
| Petitioner, | **JUDGMENT** |
| v. | |
| J. DOERER, | |
| Respondent. | |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge, the court hereby ORDERS and ADJUDGES that the Petition is DENIED and this action is DISMISSED without prejudice.

IT IS SO ORDERED.

Dated: March 12, 2025

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge